**MADE JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH CHRISTIANSEN,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>IRON MOUNTAIN INFORMATION MANAGEMENT, INC., et al.,<br><br>　　　　　　Defendants. | Case No. CV 10-274-GW(CWx)<br><br>**ORDER RE STIPULATION OF DISMISSAL** |

　　Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that this action is hereby dismissed with prejudice, each party to bear its/his own attorneys' fees and costs.

　　IT IS SO ORDERED.

Dated: March 24, 2010　　　　　　BY THE COURT

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　HONORABLE GEORGE H. WU
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT

[PROPOSED] ORDER TO DISMISS WITH PREJUDICE